

1  WILLIAM R. TAMAYO -- #084965 (CA)
   JONATHAN T. PECK -- #12303 (VA)
2  CINDY O'HARA -- #114555 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY
3    COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California  94105
5  Telephone:   (415) 625-5653
   Facsimile:    (415) 625-5657
6
   Attorneys for Plaintiff EEOC
7

8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN  DISTRICT OF CALIFORNIA
10
                                          C 07 4950
11
   EQUAL EMPLOYMENT OPPORTUNITY  )   Civil Action No.
12  COMMISSION,                   )
                                  )
13            Plaintiff,          )   **COMPLAINT**
                                  )
14  v.                            )   Civil Rights - Employment
                                  )   Discrimination
15  COMMUNITY DENTAL SERVICES, INC. )
   dba SMILECARE,                 )   DEMAND FOR JURY TRIAL
16                                )
              Defendant.          )
17  _____ )

18                    **NATURE OF THE ACTION**

19        This action is brought pursuant to Title VII or the Civil Rights Act of 1964 and

20  Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the

21  basis of sex and retaliation, and to provide appropriate relief to Nicole Rooney, Bethany

22  Sanders, and similarly situated women, who were adversely affected by such practices.

23  Defendant Community Dental Services, Inc. subjected Ms. Rooney and Ms. Sanders,

24  and other  women, to unlawful discrimination based on their sex, and to unlawful

25  retaliation after they expressed their opposition to the unlawful discrimination.

26                    **JURISDICTION AND VENUE**

27        1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331,

28  1337, 1343 and 1345. This action is authorized and instituted pursuant to §706(f)(1) and

COMPLAINT                                                    Page 1

1   (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and

2   (3) ("Title VII") and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

3       2.     The unlawful employment practices alleged herein were committed in the

4   State of California, thus venue is proper "in any judicial district in the State in which the

5   unlawful employment practice is alleged to have been committed."  (§706(f)(3) of Title

6   VII, 42 U.S.C. §2000e-5(f)(3)).  Venue is therefore proper in the United States District

7   Court for the Northern  District of California.

8                **INTRADISTRICT ASSIGNMENT**

9       3.     This action is appropriate for assignment to San Francisco/Oakland as the

10   administrative charges underlying this case were investigated in the San Francisco

11   District Office of Plaintiff Equal Employment Opportunity Commission, and the records

12   related to that investigation are in San Francisco.

13                            **PARTIES**

14       4.     Plaintiff, the Equal Employment Opportunity Commission

15   ("Commission") is the agency of the United States of America charged with the

16   administration, interpretation and enforcement of Title VII, and is expressly authorized

17   to bring this action by §706(f)(1) and (3) of Title VII, §2000-e(f)(1) and (3).

18       5.     Defendant Community Dental Services, Inc., dba SmileCare is a California

19   Corporation, doing business in the State of California, and has continuously had at least

20   15 employees.

21       6.     At all relevant times, Defendant Community Dental Services, Inc. has

22   continuously been an employer engaged in an industry affecting commerce, within the

23   meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000-e(b), (g) and (h).

24                   **STATEMENT OF CLAIMS**

25                   **FIRST CLAIM FOR RELIEF**

26      **Violation of Title VII of Civil Rights Act Based on Sex Discrimination**

27       7.     More than thirty days prior to the institution of this lawsuit, Charging

28   Parties Nicole Rooney and Bethany Sanders ("Charging Parties") filed  charges with

1  Plaintiff Commission alleging violations of Title VII by Defendant.  All conditions

2  precedent to the institution of this lawsuit have been fulfilled.

3       8.     Since at least approximately March 22, 2004 , Defendant has engaged in

4  unlawful practices of sex discrimination in violation §703(a) of Title VII, 42 U.S.C.

5  §2000e-2(a)(1) by subjecting Charging Parties and other female employees to different

6  terms and conditions of employment than male employees because of their sex,

7  including but not limited to adverse employment actions such as removing them from

8  their positions as Traveling Oral Surgery Assistants.

9       9.     The effect of the actions complained of in paragraph 8 above has been to

10  deprive Charging Parties and other women of equal employment opportunities and

11  otherwise adversely affect their status as employees because of  sex.

12       10.     The unlawful employment practices complained of in paragraph 8 above

13  were intentional.

14       11.     The unlawful employment practices complained of in paragraph 8 above

15  were done with malice or with reckless indifference to the federally protected rights of

16  Charging Parties and other women.

17                 **SECOND CLAIM FOR RELIEF**

18       **Violation of Title VII of Civil Rights Act Based on Retaliation**

19       12.     Plaintiff Commission hereby incorporates the allegations of paragraphs 1

20  through 8 above as though fully set forth herein.

21       13.     In addition to the above-referenced discrimination, Defendant engaged in

22  unlawful employment practices in violation of §704(a) of Title VII, 42 U.S.C. §2000-e-3(a)

23  by subjecting Charging Parties to retaliation after they expressed their opposition to the

24  sex discrimination referenced herein at paragraph 8, including but not limited to the

25  removal of Charging Parties from their positions and reassignment.

26       14.     The effect of the actions complained of in paragraph 13 above has been to

27  deprive Charging Parties of equal employment opportunities and otherwise adversely

28  affect their status as employees because of their protected activity.

COMPLAINT

1    15.    The unlawful employment practices complained of in paragraph 13 above

2  were intentional.

3    16.    The unlawful employment practices complained of in paragraph 13 above

4  were done with malice or with reckless indifference to the federally protected rights of

5  Charging Parties.

6                        **PRAYER FOR RELIEF**

7    Wherefore, the Commission respectfully requests that this Court:

8    A.    Grant a permanent injunction enjoining Defendant, its officers, successors,

9  assigns, and all persons acting in concert or participation with them,

10  from engaging in discrimination based on sex and/or retaliation  against their

11  employees.

12    B.    Order Defendant to institute and carry out policies, practices, and

13  programs which prohibit sex discrimination and retaliation, and which eradicate the

14  effects of its unlawful employment practices.

15    C.    Order Defendant to make whole Charging Parties and other women

16  harmed, by providing appropriate back pay and benefits with prejudgment interest,

17  and other affirmative relief necessary to eradicate the effects of their unlawful

18  employment practices, including but not limited to reinstatement to prior positions and

19  other appropriate relief to be determined at trial.

20    E.    Order Defendant  to make whole Charging Parties and other women

21  harmed by providing compensation for past and future pecuniary losses resulting from

22  the unlawful employment practices complained of above, including but not limited to

23  such out-of-pocket expenses as medical care necessitated by Defendant's unlawful

24  conduct, in amounts to be determined at trial.

25    E.    Order Defendant to make whole Charging Parties and other women

26  harmed by providing compensation for past and future nonpecuniary losses resulting

27  from the unlawful practices complained of above including, but not limited to

28  emotional pain and suffering, inconvenience, loss of enjoyment of life and humiliation,

COMPLAINT                                                                 Page 4

1 │ in amounts to be determined at trial.

2 │     F.    Order Defendant to pay Charging Parties and other women harmed

3 │ punitive damages for the malicious and reckless conduct described above, in amounts

4 │ to be determined at trial.

5 │     G.    Grant such further relief as the Court may deem just and proper in the

6 │ public interest.

7 │     H.    Award the Commission its costs of this action.

8 │ **DEMAND FOR JURY TRIAL**

9 │     Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff

10 │ hereby demands a jury trial.

11 │ RONALD S. COOPER
      General Counsel

12 │

13 │ JAMES L. LEE
      Deputy General Counsel

14 │ GWENDOLYN YOUNG REAMS
      Associate General Counsel

15 │

16 │ EQUAL EMPLOYMENT OPPORTUNITY
      COMMISSION
      Office of the General Counsel

17 │ Washington, DC 20507

18 │ Dated: 9/24/07

19 │ WILLIAM R. TAMAYO
      Regional Attorney

20 │

21 │ Dated: 9/24/07

22 │ JONATHAN T. PECK
      Supervisory Trial Attorney

23 │

24 │ Dated: Sept. 24, 2007

25 │ CINDY O'HARA
      Senior Trial Attorney

26 │ EQUAL EMPLOYMENT OPPORTUNITY

27 │ COMMISSION
      San Francisco District Office
      350 The Embarcadero, Suite 500

28 │ San Francisco, CA 94105

COMPLAINT