**WILLIAM R. TAMAYO, SBN 084965**
**JONATHAN T. PECK SBN 12303 (VA)**
**SANYA HILL MAXION SBN 18730 (WA)**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5650**
**Fax No. (415) 625-5657**

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br>v.<br><br>**COMMUNITY DENTAL SERVICES, INC. d/b/a SMILECARE,**<br><br>Defendant. | Case No.  C 07-4950-MEJ<br><br>**NOTICE OF APPEARANCE OF SANYA HILL MAXION AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EEOC** |

**TO:    The Clerk of the Court and all Parties to the Instant Action**

Please take notice that the undersigned attorney, Sanya Hill Maxion, is to be added as lead attorney of record for plaintiff Equal Employment Opportunity Commission (EEOC) in the instant lawsuit and will substitute as counsel for Cindy O'Hara. All communications to the EEOC regarding this lawsuit should be copied to Ms. Hill Maxion's attention in addition to those attorneys already representing the EEOC.

//

//

//

//

//

**C 07-4950-MEJ**
**NOT. OF APPEARANCE &**
**SUBSTITUTION OF COUNSEL**

Ms. Hill Maxion's contact information is as follows:

U.S. Equal Employment Opportunity Commission
350 The Embarcadero Street, Suite 500
San Francisco, CA  94105-1260

Direct Dial Line: (415) 625-5650
Facsimile: (415) 625-5657
TTY:  (415) 625-5010
Email: Sanya.Hill@eeoc.gov

Respectfully submitted,

Dated: November 13, 2007

By:     /s/
Sanya Hill Maxion

**C 07-4950-MEJ**
**NOT. OF APPEARANCE**
**& SUBSTITUTION OF COUNSEL**