IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EEOC,

        Plaintiff(s),

vs.

COMMUNITY DENTAL SERVICES, INC.,

        Defendant(s).

No. C 07-4950 MEJ

**ORDER CONTINUING CMC**

    The Court hereby CONTINUES the Case Management Conference in this matter, currently scheduled for January 3, 2008, to January 17, 2008 at 10:00 a.m. All other dates shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: December 10, 2007

MARIA-ELENA JAMES
United States Magistrate Judge