UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br><br>　　　　Defendant | Case No.  C 07 4950 MEJ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br><br>AND<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 26, 2007     MANATT, PHELPS & PHILLIPS, LLP
　　　　　　　　　　　　　　　　Andrew L. Satenberg

　　　　　　　　　　　　　　　　SMILECARE
　　　　　　　　　　　　　　　　Jeffrey Katz

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Andrew L. Satenberg
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　COMMUNITY DENTAL SERVICES, INC.,
　　　　　　　　　　　　　　　　　　dba SMILECARE

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT

**PROOF OF SERVICE**

I, Betty Nash, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On December 27, 2007, I served a copy of the within document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

William R. Tamayo, Esq.
Jonathan T. Peck, Esq.
Cindy O'Hara, Esq.
Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA  94105
Phone: 415-625-5653
Fax: 415-625-5657

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 27, 2007, at Los Angeles, California.

_____
Betty Nash

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE