**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Community Dental Services, Inc.,<br><br>　　　　　　　Defendant(s). | 07-04950 CRB<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5       It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: February 20, 2008

                           RICHARD W. WIEKING
                           Clerk
                           by:   Timothy J. Smagacz

*Timothy Smagacz* (signature)

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04950 CRB                              -2-

PROOF OF SERVICE

Case Name:     Equal Employment Opportunity Commission v. Community Dental Services, Inc.

Case Number:   07-04950 CRB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>  ADR Program
>  United States District Court
>  Norther District of California
>  450 Golden Gate Avenue Floor 16
>  San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jonathan T. Peck
> U.S. EEOC
> 350 Embarcadero Street
> Suite 500
> San Francisco, CA 94105-1687
> Jonathan.Peck@eeoc.gov
>
> William Robert Tamayo
> U.S. EEOC
> 350 Embarcadero Street
> Suite 500
> San Francisco, CA 94105-1687
> william.tamayo@eeoc.gov
>
> Sanya P. Hill Maxion
> U.S. EEOC
> 350 The Embarcadero
> Suite 500
> San Francisco, CA 94105-1260
> sanya.hill@eeoc.gov

Andrew Lee Satenberg
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
asatenberg@manatt.com

Baju Reddy, M.D.
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

          RICHARD W. WIEKING
          Clerk
          by:   Timothy J. Smagacz

          *Timothy Smagacz*
          _____
          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov