ANDREW L. SATENBERG (Bar No. CA 174840)
NOEL S. COHEN (Bar No. CA 219645)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: asatenberg@manatt.com
       ncohen@manatt.com

JEFFREY KATZ, (BAR NO. CA 137246)
COMMUNITY DENTAL SERVICES, INC. DBA SMILECARE
2 Macarthur Place, Suite 700
South Coast Metro, CA 92707-7705
Telephone: (714) 708-5348
Facsimile: (714) 850-3350
Email: jkatz@smilecare.com

Attorneys for Defendant and Third-Party Plaintiff
COMMUNITY DENTAL SERVICES, INC. DBA SMILECARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br><br>Defendant | Case No. C 07-4950 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT |
| COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>BAJU REDDY, MD<br><br>Third Party Defendant. | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED by and between Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") and Defendant and Third-Party Plaintiff Community Dental Services, Inc. dba SmileCare ("Defendant") (collectively, "the Parties"), through their respective counsel of record, as follows:

1. Plaintiff filed its Complaint on or about September 25, 2007;

2. Defendant filed its Answer and Third Party Complaint on or about January 15, 2008. Defendant is in the process of serving Third Party Defendant Dr. Baju Reddy ("Third Party Defendant").

3. The Initial Case Management Conference was originally scheduled to proceed before the Honorable Martin J. Jenkins on April 1, 2008 at 8:30 a.m.

4. On February 20, 2008, the Parties were notified that the Case Management Conference was re-scheduled to proceed before the Honorable Charles R. Breyer on March 7, 2008 at 8:30 a.m.

5. Defendant will attempt to serve Third Party Defendant prior to the March 7, 2008 Case Management Conference. However, it cannot ensure that it will be successful in doing so.

6. Accordingly, the Parties agree that it is more efficient to have a Case Management Conference after all parties are served and have had an opportunity to appear in the matter, so that there can be a single conference wherein all parties are present. Thus, the Parties hereby request that the Court continue the Case Management Conference and other case management deadlines by approximately 45 days, with the Case Management Conference proceeding on April 18, 2008 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

1  Dated: February 26, 2008            EQUAL EMPLOYMENT OPPORTUNITY
2                                      COMMISSION
3
4                                      By:  /s/
                                        Sanya Hill Maxion
5                                       *Attorneys for Plaintiff*
                                        EQUAL EMPLOYMENT
6                                       OPPORTUNITY COMMISSION
7
   Dated: February 26, 2008            MANATT, PHELPS & PHILLIPS, LLP
8
9
                                       By:  _____
10                                      Noel S. Cohen
                                        *Attorneys for Defendant and Third Party*
11                                      *Plaintiff*
                                        COMMUNITY DENTAL SERVICES
12                                      INC. DBA SMILECARE
13
       GOOD CAUSE APPEARING, IT IS SO ORDERED:
14
15
   Dated: February ___, 2008            _____
16                                      Honorable Charles R. Breyer
17
18
19 41210321.1
20
21
22
23
24
25
26
27
28
                                    3

# PROOF OF SERVICE

I, Claudine M. Roberts, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On **February 26, 2008**, I served a copy of the within document(s): **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☒ by electronically delivering the document(s) listed above to the person(s) at the address(es) set forth below via E-Service.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

> William R. Tamayo, Esq.
> Jonathan T. Peck, Esq.
> Sanya Hill Maxion, Esq.
> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
> San Francisco District Office
> 350 The Embarcadero, Suite 500
> San Francisco, California 94105
> Fax: (415) 625-5657

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 26, 2008**, at Los Angeles, California.

*/s/ Claudine M. Roberts*
Claudine M. Roberts

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41211569.1

PROOF OF SERVICE