ANDREW L. SATENBERG (Bar No. CA 174840)
NOEL S. COHEN (Bar No. CA 219645)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: asatenberg@manatt.com
       ncohen@manatt.com

JEFFREY KATZ, (BAR NO. CA 137246)
COMMUNITY DENTAL SERVICES, INC. DBA
SMILECARE
2 Macarthur Place, Suite 700
South Coast Metro, CA 92707-7705
Telephone: (714) 708-5348
Facsimile: (714) 850-3350
Email: jkatz@smilecare.com

Attorneys for Defendant and Third-Party Plaintiff
COMMUNITY DENTAL SERVICES, INC. DBA
SMILECARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br><br>Defendant | Case No. C 07-4950 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT |
| COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>BAJU REDDY, MD<br><br>Third Party Defendant. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED by and between Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") and Defendant and Third-Party Plaintiff Community Dental Services, Inc. dba SmileCare ("Defendant") (collectively, "the Parties"), through their respective counsel of record, as follows:

1. Plaintiff filed its Complaint on or about September 25, 2007;

2. Defendant filed its Answer and Third Party Complaint on or about January 15, 2008. Defendant is in the process of serving Third Party Defendant Dr. Baju Reddy ("Third Party Defendant").

3. The Initial Case Management Conference was originally scheduled to proceed before the Honorable Martin J. Jenkins on April 1, 2008 at 8:30 a.m.

4. On February 20, 2008, the Parties were notified that the Case Management Conference was re-scheduled to proceed before the Honorable Charles R. Breyer on March 7, 2008 at 8:30 a.m.

5. Defendant will attempt to serve Third Party Defendant prior to the March 7, 2008 Case Management Conference. However, it cannot ensure that it will be successful in doing so.

6. Accordingly, the Parties agree that it is more efficient to have a Case Management Conference after all parties are served and have had an opportunity to appear in the matter, so that there can be a single conference wherein all parties are present. Thus, the Parties hereby request that the Court continue the Case Management Conference and other case management deadlines by approximately 45 days, with the Case Management Conference proceeding on April 18, 2008 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| | | |
| | | By: /s/ |
| | | Sanya Hill Maxion |
| | | *Attorneys for Plaintiff* |
| | | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |

Dated: February 26, 2008   MANATT, PHELPS & PHILLIPS, LLP

By: _____
Noel S. Cohen
*Attorneys for Defendant and Third Party Plaintiff*
COMMUNITY DENTAL SERVICES INC. DBA SMILECARE

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: ~~February~~ March 03, 2008

Honorable ~~Cl~~
[Stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]

41210321.1

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Andrew Satenberg hereby attests that concurrence in the filing of this document has been obtained.*