AO 441 (Rev. 03/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff<br>v.<br>COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br>    Defendant, Third-party plaintiff<br>v.<br>BAJU REDDY, M.D.<br>    Third-party defendant | )<br>)<br>)<br>) Civil Action No. C 07-4950 CRB<br>)<br>)<br>)<br>) |

**Summons on a Third-Party Complaint**

To: BAJU REDDY
  *(Third-party defendant's name)*

  A lawsuit has been filed against defendant SMILECARE, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff EEOC.

  Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:

Andrew L. Satenberg, Esq.
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, California 90064-1614

It must also be served on the plaintiff's attorney, whose name and address are:
Sanya Hill Maxion, Esq.
EEOC
350 The Embarcadero, Suite 500
San Francisco, CA 94105

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

  A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: April _____, 2008

                                       Name of clerk of court

American LegalNet, Inc.
www.FormsWorkflow.com

✎ AO 441 (Rev. 03/08) Summons on Third-Party Complaint

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 441 (Rev. 03/08) Summons on Third-Party Complaint (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on, \_\_\_\_\_, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on \_\_\_\_\_ . _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com