WILLIAM R. TAMAYO, State Bar No. 084965 (CA)
JONATHAN T. PECK, State Bar No. 12303 (VA)
SANYA P. HILL MAXION, State Bar No. 18739 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105-1260
Tel: 415.625.5650
Fax: 415.625.5657
E-mail:  sanya.hill@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

ANDREW SATENBERG, Bar No. 17480
NOEL S. COHEN, Bar No. 219645
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  310.312.4000
Fax:  310.312.4224
E-mail:  asatenberg@manatt.com
         ncohen@manatt.com

JEFFREY KATZ, Bar No. 137246
COMMUNITY DENTAL SERVICES, INC. DBA SMILECARE
2 MacArthur Place, Suite 700
South Coast Metro, CA  92707-7705
Telephone:  714.708-5348
Fax:  714.850-3350
E-mail:  jkatz@smilecare.com

Attorneys for Defendant and Third-Party Plaintiff
COMMUNITY DENTAL SERVICES, INC. DBA SMILECARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMUNITY DENTAL SERVICES, INC., DBA SMILECARE,<br><br>    Defendant. | Case No. C 07-4950-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

**Court Processes:** Court-sponsored Mediation Program.

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

Private ADR (please identify process and provider) __Not applicable_____

The parties agree to hold the ADR session by:

The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

Dated: _____    _____
Sanya Hill Maxion
Attorney for Plaintiff

Dated: _____    _____
Andrew L. Satenberg
Noel C. Cohen
Attorneys for Defendant

~~[PROPOSED]~~ **ORDER**

Pursuant to the Stipulation above, the captioned is hereby referred to: Court-sponsored mediation program.

Deadline for ADR session:  90 days from the date of this order.

IT IS SO ORDERED.

Dated: _April 14, 2005_    _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*