**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 18, 2008**

**C-07-04950** CRB

   **EEOC** v. **COMMUNITY DENTAL SERVICES**

Attorneys:    Sanya Maxion              Jeffrey Katz

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                        **RULING:**

1. Initial Case Management Conference  -  Held

2. 

3. 

**ORDERED AFTER HEARING:**

 The Court imposes sanctions in which the plaintiff is to notify all attorneys at EEOC by e-mail or letter that

Judge Breyer insists as well as every judge that counsel adhere to strict compliance with the case management

statement in particular to paragraph two which requires counsel to tell the judge what the case is about.

(  ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO May 30, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____   Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____
_____
_____