1  ANDREW L. SATENBERG (State Bar No. 174840)
   NOEL S. COHEN (State Bar No. 219645)
2  MANATT, PHELPS & PHILLIPS, LLP
   11355 W. Olympic Boulevard
3  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
4  Facsimile: (310) 312-4224
   E-mail: asatenberg@manatt.com
5          ncoehn@manatt.com

6  JEFFREY A. KATZ (State Bar No. 137246)
   COMMUNITY DENTAL SERVICES, INC. DBA
7  SMILECARE
   2 MacArthur Place, Suite 700
8  Santa Ana, California 92707
   Telephone: (714) 708-5348
9  Facsimile: (714) 850-3350
   E-mail: jkatz@smilecare.com
10
   Attorneys for Defendant and Third Party Plaintiff
11 COMMUNITY DENTAL SERVICES, INC. dba SMILECARE

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 EQUAL EMPLOYMENT OPPORTUNITY        )  CASE NO.:  C-07-4950-CRB
   COMMISSION,                         )
17                                     )
                 Plaintiff,            )  PROOF OF SERVICE ON THIRD PARTY
18                                     )  DEFENDANT
              vs.                      )
19                                     )
   COMMUNITY DENTAL SERVICES, INC.     )
20 dba SMILECARE,                      )
                                       )
21               Defendant.            )
   _____)
22 COMMUNITY DENTAL SERVICES, INC.     )
   dba SMILECARE,                      )
23                                     )
              Third Party Plaintiff,   )
24                                     )
              vs.                      )
25                                     )
   RAJU Y. REDDY, M.D.,                )
26                                     )
              Third Party Defendant.   )
27

28

FILED

APR 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SMILECARE
2 MACARTHUR PLACE
SUITE 700
Santa Ana, CA 92707

PROOF OF SERVICE ON THIRD PARTY DEFENDANT

## PROOF OF SERVICE
### 1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 MacArthur Place, Suite 700, Santa Ana, CA 92707.

On April 17, 2008, I served a copy of the following documents:

1. Complaint
2. Summons on a Third-Party Complaint
3. Third Party Complaint by Community Dental Services, Inc. DBA SmileCare for Contractual Indemnity, Equitable Indemnity and Declaratory Relief
4. Community Dental Services, Inc. DBA SmileCare's Answer to Complaint
5. Stipulation and Order to Continue Case Management
6. Clerk's Notice dates January 11, 2008
7. Standing Orders

[ ]   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California address as set forth below.

[ ]   by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[X]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

>    Raju Reddy, M.D.
>    133 Plaza Drive
>    Vallejo, CA 94591
>    Phone: (707) 557-6245
>    Fax: (707) 557-0986

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date for deposit for mailing in affidavit.

Executed on April 17, 2008 at Santa Ana, California.

_Patricia Mahony_
Patricia Mahony

SMILECARE
2 MACARTHUR PLACE
SUITE 700
Santa Ana, CA 92707

2

PROOF OF SERVICE ON THIRD PARTY DEFENDANT