ARTHUR W. CURLEY, BAR NO. 60902
STEVEN BARRABEE, BAR NO. 110201
MEGHAN E. OLIVERI, BAR NO. 236107
BRADLEY, CURLEY, ASIANO,
BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887
Email: sbarrabee@professionals-law.com
       moliveri@professionals-law.com

Attorneys for Third Party Defendant
RAJU REDDY, D.D.S., M.D. erroneously sued
herein as BAJU REDDY, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br><br>　　　　　Defendant.<br>_____<br>COMMUNITY DENTAL SERVICES, INC., DBA SMILECARE,<br><br>　　　　　Third Party Plaintiff,<br>　　v.<br><br>BAJU REDDY, M.D.<br><br>　　　　　Third Party Defendant. | No. C-07-04950 CRB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THIRD PARTY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]**<br><br>Hearing Date:　June 20, 2008<br>Hearing Time:　10:00 a.m.<br>Courtroom:　　Courtroom 8, 19th Floor<br>Judge:　　　　Hon. Charles R. Breyer |

TO THIRD PARTY PLAINTIFF COMMUNITY DENTAL SERVICES, INC., DBA SMILECARE, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Friday June 20, 2008 at 10:00 a.m. or as soon thereafter as the matter may be heard in the above entitled Court, located at 450 Golden Gate Ave., 19th Floor, Courtroom Eight, San Francisco, California, Third Party Defendant RAJU REDDY, D.D.S.,

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

Notice of Motion & Motion to Dismiss Third Party Complaint pursuant to FRCP 12(b)(6)

Case No. C-07-04950 CRB

M.D. will move the Court to dismiss the Third Party Complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) because Third Party Plaintiff's complaint fails to state a claim upon which relief can be granted, on the grounds that:

1. Both an Employee and Independent Contractor cannot be held liable for employment discrimination under Title VII;

2. Both an Employee and Independent Contractor are not an "Employer" under Title VII;

3. Dr. Reddy is not the "employer" of the Charging Parties pursuant to the Provider Agreement; that is SmileCare;

4. Under the "Provider Agreement," Dr. Reddy does not have the authority to make any employment decisions about, or take any employment actions against, any of SmileCare's employees;

5. SmileCare's claim for contractual indemnification fails because the contractual clause cited by SmileCare is inapplicable to the subject matter of the EEOC Complaint, which is alleged "employment discrimination violations under Title VII" and no facts are alleged to support the indemnity provisions; and

6. SmileCare's claims for equitable indemnification fail because Dr. Reddy cannot be held liable under any legal or equitable theory for the causes of action alleged in the EEOC Complaint, and SmileCare has not alleged facts or basis for any theory of equitable indemnity, therefore Dr. Reddy cannot be impled into the lawsuit as a Third Party Defendant under FRCP 14.

The motion will be based on this Notice of Motion and Motion, supporting Memorandum of Points and Authorities, the pleadings and papers filed herein, oral arguments and all matters deemed just and proper by the courts.

Dated: May 7, 2008

Respectfully submitted,

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.

By: /s/ Meghan E. Oliveri
MEGHAN E. OLIVERI, ESQ.
Attorney for Third Party Defendant
Raju Reddy, D.D.S., M.D.

F:\DOCS\Reddy\7453\P\12b6 motion.wpd

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

Notice of Motion & Motion to Dismiss Third Party Complaint pursuant to FRCP 12(b)(6)

Case No. C-07-04950 CRB