ARTHUR W. CURLEY, BAR NO. 60902
STEVEN BARRABEE, BAR NO. 110201
MEGHAN E. OLIVERI, BAR NO. 236107
BRADLEY, CURLEY, ASIANO,
BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887
Email: sbarrabee@professionals-law.com
       moliveri@professionals-law.com

Attorneys for Third Party Defendant
RAJU REDDY, D.D.S., M.D., erroneously sued
herein as BAJU REDDY, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br><br>Defendant.<br>_____<br>COMMUNITY DENTAL SERVICES, INC., DBA SMILECARE,<br><br>Third Party Plaintiff,<br><br>v.<br><br>BAJU REDDY, M.D.<br><br>Third Party Defendant. | No. C-07-04950 CRB<br><br>**[Proposed] ORDER GRANTING THIRD PARTY DEFENDANT'S MOTION TO DISMISS THIRD PARTY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]**<br><br>Hearing Date: June 20, 2008<br>Hearing Time: 10:00 a.m.<br>Courtroom: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

The motion of Third Party Defendant RAJU REDDY, D.D.S., M.D., erroneously sued herein as BAJU REDDY, M.D., for an order dismissing the Third Party Complaint pursuant to FRCP 12(b)(6) because Third Party Plaintiff's complaint fails to state a claim upon which relief can be granted was heard on June 20, 2008 at 10:00 a.m., in Courtroom Eight before Honorable Charles R. Breyer of the above referenced Court. Third Party Defendant appeared through counsel

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

[Proposed] Order Granting Third Party Defendant's Motion to Dismiss
Third Party Complaint Pursuant to FRCP 12(b)(6)

Case No. C-07-04950 CRB

- 2 -

1  Meghan E. Oliveri. Third Party Plaintiff appears through counsel _____.

2  On proof made to the satisfaction of the Court that the motion ought to be granted,

3  IT IS ORDERED that the Third Party Complaint is hereby dismissed, without leave to

4  amend, pursuant to FRCP 12(b)(6) as it fails to state a claim upon which relief can be granted.

### ORDER.

**IT IS SO ORDERED.**

Date: _____

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

F:\DOCS\Reddy\7453\P\12b6 order.wpd

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887