**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 30, 2008**

**C-07-04950** CRB

<u>EEOC</u> v. <u>COMMUNITY DENTAL SERVICES</u>

Attorneys:    Sanya Maxion                    James Katz

                                              Meghan Oliveri

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **Not Reported**

**PROCEEDINGS:**                                                          **RULING:**

1. Further Case Management Conference  -  Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

( ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO  June 20, 2008 @ 10:00 a.m. (as noticed)  for Motion to Dismiss

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: