1  WILLIAM R. TAMAYO-#084965 (CA)          ARTHUR W. CURLEY, SBN 60902
   JONATHAN T. PECK-#12303 (VA)            STEVEN BARRABEE, SBN 110201
2  SANYA HILL MAXION -#18731 (WA)          MEGHAN E. OLIVERI, SBN 236107
   EQUAL EMPLOYMENT OPPORTUNITY            BRADLEY, CURLEY, ASIANO,
3  COMMISSION                              BARRABEE & GALE, P.C.
   San Francisco District Office           1100 Larkspur Landing Circle, Suite 200
4  350 The Embarcadero, Suite 500          Larkspur, California 94939
   San Francisco, CA 94105                 Telephone: (415) 464-8888
5  Telephone No. (415) 625-5650            Facsimile: (415) 464-8887
   Fax No. (415) 625-5657                  E-mail: sbarrabee@professionals-law.com
6  E-mail: sanya.hill@eeoc.gov                     moliveri@professionals-law.com

7  Attorneys for Plaintiff                 Attorneys for Third Party Defendant
                                           RAJU REDDY, D.D.S, M.D.,
8  ANDREW L. SATENBERG-SBN# 174840         erroneously sued as BAJU REDDY, M.D.
   NOEL S. COHEN-SBN#219645
9  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Boulevard
10 Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
11 Facsimile: (310) 312-4224
   E-mail: asatenberg@manatt.com
12         ncohen@manatt.com

13 JEFFREY KATZ-SBN# 137246
   COMMUNITY DENTAL SERVICES, INC., DBA
14 SMILECARE
   2 Macarthur Place, Suite 700
15 South Coast Metro, CA 92707-7705
   Telephone: (714) 708-5348
16 Facsimile:  (714) 708-5348
   E-mail: jkatz@smilecare.com

17
18                          UNITED STATES DISTRICT COURT
19                         NORTHERN DISTRICT OF CALIFORNIA
20

21 U.S. EQUAL EMPLOYMENT                )   Case No. C-07-4950-CRB
   OPPORTUNITY COMMISSION,              )
22                                      )   PLAINTIFF EEOC'S RESPONSE TO
           Plaintiff,                   )   NOTICE OF MOTION AND MOTION
23                                      )   TO DISMISS THIRD PARTY
   v.                                   )   COMPLAINT FOR FAILURE TO STATE
24                                      )   A CLAIM UPON WHICH RELIEF CAN
   COMMUNITY DENTAL SERVICES,           )   BE GRANTED [FRCP 12(b)(6)]
25 INC., dba SMILECARE,                 )
                                        )
26         Defendant(s).                )

27
28
                                         1

Plaintiff United States Equal Employment Opportunity Commission (EEOC) hereby indicates that it does not take a position with regard to Third Party Defendant's Notice of Motion and Motion to Dismiss the Third Party Complaint for Failure to State a Claim Upon Which Relief Can Be Granted. The EEOC did not and cannot bring a lawsuit against Dr. Raju Reddy in his individual capacity. See e.g., Miller v. Maxwell Intl., 991 F.2d 583 (9th Cir. 1993).

Dated: May 30, 2008

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: /s/
Sanya Hill Maxion
Attorney for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION