**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 20, 2008**

**C-07-04950 CRB**

**EEOC** v. **COMMUNITY DENTAL SERVICES**

| Attorneys: | Sonya Maxion | Andrew Satenberg |
|---|---|---|
| | | Meghan Oliveri |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Juanita Gonzalez**

**PROCEEDINGS:**                                                                 **RULING:**

1. 3rd Party D's Motion to Dismiss                                          Denied

2. 

3. 

**ORDERED AFTER HEARING:**

Request for extension on mediation is granted.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge for: ____

(X) CASE CONTINUED TO November 17, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off ____                          Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                   Deft to Name Experts by ____
P/T Conference Date January 15, 2009 @ 2:30 p.m. Trial Date January 20, 2009 @ 8:30 a.m. Set for 7 days
                                    Type of Trial:  (X)Jury     ( )Court

Notes: ____