1 | ARTHUR W. CURLEY, BAR NO. 60902
STEVEN BARRABEE, BAR NO. 110201
2 | BERNADETTE BANTLY, BAR NO. 124659
MEGHAN E. OLIVERI, BAR NO. 236107
3 | BRADLEY, CURLEY, ASIANO,
BARRABEE & GALE, P.C.
4 | 1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
5 | Telephone: (415) 464-8888
Facsimile: (415) 464-8887
6 | Email: sbarrabee@professionals-law.com
        moliveri@professionals-law.com
7 |
Attorneys for Third Party Defendant
8 | RAJU REDDY, D.D.S., M.D. erroneously sued
herein as BAJU REDDY, M.D.
9 |

10 |                UNITED STATES DISTRICT COURT

11 |               NORTHERN DISTRICT OF CALIFORNIA

12 |                    SAN FRANCISCO DIVISION

13 | EQUAL EMPLOYMENT OPPORTUNITY )  No. **C-07-04950 CRB**
COMMISSION,                                         )
14 |                                                       )  **STIPULATED [PROPOSED] ORDER**
                                                            )  **EXTENDING THIRD PARTY**
15 |               Plaintiff,                          )  **DEFENDANT'S TIME TO RESPOND TO**
      v.                                              )  **THIRD PARTY COMPLAINT**
                                                       )
16 | COMMUNITY DENTAL SERVICES, INC., )
dba SMILECARE,                                    )
17 |                                                    )
               Defendant.                          )
18 | _____ )
COMMUNITY DENTAL SERVICES, INC., )
19 | DBA SMILECARE,                               )
                                                       )
20 |            Third Party Plaintiff,          )
      v.                                             )
21 |                                                   )
BAJU REDDY, M.D.                              )
22 |                                                   )
            Third Party Defendant.         )
23 | _____ )

24 |      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

25 | attorneys of record that the time for Third Party Defendant RAJU REDDY, D.D.S., M.D.

26 | (erroneously sued herein as BAJU REDDY, M.D.) to answer the Third Party Complaint shall be

27 | extended by 15 days to July 15, 2008.

28 |      This stipulated extension is necessary for Dr. Reddy to complete his investigation of facts

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

Stipulated Order Extending Third Party Defendant's Time to Respond to Third Party
Complaint

Case No. **C-07-04950 CRB**

1  prior to responding and shall not alter the schedule in this case.  Dr. Reddy has not previously

2  requested any extension or modifications of deadlines.

3

4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5  Dated:  June _____, 2008        Dated:  June _____, 2008

6                            MANATT, PHELPS & PHILLIPS, LLP

7

8  By:_____/s/_____   By:_____

      SANYA HILL MAXION          ANDREW L. SATENBERG

      Attorneys for Plaintiff          Attorneys for Defendant/ Third Party Plaintiff

9     EQUAL EMPLOYMENT        COMMUNITY DENTAL SERVICES, INC.,

      OPPORTUNITY COMMISSION     dba SMILECARE

10

11                      Dated:  June _____, 2008

12                      BRADLEY, CURLEY, ASIANO, BARRABEE &
                                    GALE, PC

13

14                      By:_____

15                      MEGHAN E. OLIVERI
                      Attorneys for Third Party Defendant
                      RAJU REDDY, D.D.S., M.D.

16

17

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20  Date: _____

21                      CHARLES R. BREYER
                      UNITED STATES DISTRICT JUDGE

22

23  F:\DOCS\Reddy\7453\P\STIP.extension to answer.wpd

24

25

26

27

28

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

Stipulated Order Extending Third Party Defendant's Time to Respond to Third Party
Complaint

Case No.  **C-07-04950 CRB**

1   prior to responding and shall not alter the schedule in this case.   Dr. Reddy has not previously

2   requested any extension or modifications of deadlines.

3

4   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5   Dated:  June _____, 2008                    Dated: June 26 , 2008

6                                                                MANATT, PHELPS & PHILLIPS, LLP

7
    By:_____          By:_____
8          SANYA HILL MAXION                          ANDREW L. SATENBERG
           Attorneys for Plaintiff                     Attorneys for Defendant/ Third Party Plaintiff
9          EQUAL EMPLOYMENT                          COMMUNITY DENTAL SERVICES, INC.,
           OPPORTUNITY COMMISSION                    dba SMILECARE
10

11                                               Dated:  June _____, 2008

12                                                                BRADLEY, CURLEY, ASIANO, BARRABEE &
                                                                                                GALE, PC
13

14                                               By:_____
                                                         BERNADETTE BANTLY
15                                                       Attorneys for Third Party Defendant
                                                         RAJU REDDY, D.D.S., M.D.
16

17

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20  Date: _____

21                                               _____
                                                 CHARLES R. BREYER
22                                               UNITED STATES DISTRICT JUDGE

23  F:\DOCS\Reddy\7453\P\STIP.extension to answer.wpd

24

25

26

27

28

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

Stipulated Order Extending Third Party Defendant's Time to Respond to Third Party
Complaint

Case No.  **C-07-04950 CRB**