ARTHUR W. CURLEY, BAR NO. 60902
STEVEN BARRABEE, BAR NO. 110201
BERNADETTE BANTLY, BAR NO. 124659
MEGHAN E. OLIVERI, BAR NO. 236107
BRADLEY, CURLEY, ASIANO,
BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887
Email: sbarrabee@professionals-law.com
       moliveri@professionals-law.com

Attorneys for Third Party Defendant
RAJU REDDY, D.D.S., M.D. erroneously sued
herein as BAJU REDDY, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br><br>Defendant.<br><br>COMMUNITY DENTAL SERVICES, INC., DBA SMILECARE,<br><br>Third Party Plaintiff,<br><br>v.<br><br>BAJU REDDY, M.D.<br><br>Third Party Defendant. | No. **C-07-04950 CRB**<br><br>**STIPULATED [PROPOSED] ORDER EXTENDING THIRD PARTY DEFENDANT'S TIME TO RESPOND TO THIRD PARTY COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the time for Third Party Defendant RAJU REDDY, D.D.S., M.D. (erroneously sued herein as BAJU REDDY, M.D.) to answer the Third Party Complaint shall be extended by 15 days to July 15, 2008.

This stipulated extension is necessary for Dr. Reddy to complete his investigation of facts

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

Stipulated Order Extending Third Party Defendant's Time to Respond to Third Party Complaint

Case No. **C-07-04950 CRB**

1  prior to responding and shall not alter the schedule in this case.   Dr. Reddy has not previously
2  requested any extension or modifications of deadlines.
3
4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
5  Dated: June ____, 2008                              Dated: June ____, 2008
6                                                      MANATT, PHELPS & PHILLIPS, LLP
7
8  By:_____/s/_____                              By:_____
       SANYA HILL MAXION                                   ANDREW L. SATENBERG
       Attorneys for Plaintiff                             Attorneys for Defendant/ Third Party Plaintiff
9      EQUAL EMPLOYMENT                                    COMMUNITY DENTAL SERVICES, INC.,
       OPPORTUNITY COMMISSION                              dba SMILECARE
10
11                                                      Dated: June ____, 2008
12                                                      BRADLEY, CURLEY, ASIANO, BARRABEE &
                                                                                        GALE, PC
13
14                                                      By:_____
                                                            MEGHAN E. OLIVERI
15                                                          Attorneys for Third Party Defendant
                                                            RAJU REDDY, D.D.S., M.D.
16
17
18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
19
20  Date: _____                                       _____
21                                                      CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE
22
23  F:\DOCS\Reddy\7453\P\STIP.extension to answer.wpd
24
25
26
27
28

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

Stipulated Order Extending Third Party Defendant's Time to Respond to Third Party Complaint

Case No. C-07-04950 CRB

prior to responding and shall not alter the schedule in this case. Dr. Reddy has not previously requested any extension or modifications of deadlines.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June ____, 2008

By: _____
SANYA HILL MAXION
Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: June 26, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: _____
ANDREW L. SATENBERG
Attorneys for Defendant/ Third Party Plaintiff
COMMUNITY DENTAL SERVICES, INC., dba SMILECARE

Dated: June ____, 2008

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, PC

By: _____
BERNADETTE BANTLY
Attorneys for Third Party Defendant
RAJU REDDY, D.D.S., M.D.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date June 30, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

F:\DOCS\Reddy\7453\P\STIP.extension to answer.wpd

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

Stipulated Order Extending Third Party Defendant's Time to Respond to Third Party Complaint

- 2 -

Case No. C-07-04950 CRB