1  STEVEN BARRABEE, BAR NO. 110201
   BERNADETTE BANTLY, BAR NO. 124659
2  MEGHAN E. OLIVERI, BAR NO. 236107
   BRADLEY, CURLEY, ASIANO,
3  BARRABEE & GALE, P.C.
   1100 Larkspur Landing Circle, Suite 200
4  Larkspur, California 94939
   Telephone: (415) 464-8888
5  Facsimile: (415) 464-8887
   Email: bbantly@professionals-law.com
6         moliveri@professionals-law.com

7  Attorneys for Third Party Defendant
   RAJU REDDY, D.D.S., M.D. erroneously sued
8  herein as BAJU REDDY, M.D.

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  EQUAL EMPLOYMENT OPPORTUNITY  )   No. **C-07-04950 CRB**
    COMMISSION,                    )
13                                 )   **STIPULATION AND [Proposed] ORDER**
              Plaintiff,           )   **REGARDING EXTENSION OF**
14       v.                        )   **MEDIATION DEADLINE**
                                   )
15  COMMUNITY DENTAL SERVICES, INC.,)
    dba SMILECARE,                 )
16                                 )
              Defendant.           )
17  _____)
                                   )
18       ALL RELATED ACTIONS.      )
                                   )
19  _____)

20       On June 20, 2008, Judge Charles R. Breyer granted Third Party Defendant's request to

21  extend the mediation deadline through September 2008. A true and correct copy of the Minute

22  Order from June 20, 2008 is attached hereto as <u>Exhibit 1</u>. Multiple depositions of the key

23  individuals in this suit have been scheduled throughout September 2008 with the last one

24  scheduled to date on October 7, 2008.

25  1.   The court appointment mediator in this matter is John F. Barg, BARG, COFFIN, LEWIS &

26       TRAPP, 350 California Street, 22nd Floor, San Francisco, CA 94104-1435, (415) 228-5400.

27  2.   Counsel for the parties have agreed that (1) mediation will be most productive after

28       conclusion of the scheduled depositions and (2) mediation should be arranged for mid-

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

STIPULATION AND [Proposed] ORDER REGARDING EXTENSION OF          Case No. **C-07-04950 CRB**
MEDIATION DEADLINE

October. The mediation scheduling conference call with the mediator is at 10:00 a.m. on August 21, 2008.

3. Therefore, the parties have agreed, and respectfully request, to extend the current Mediation deadline to October 31, 2008.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 21, 2008

By: /S/
SANYA HILL MAXION
Attorneys for Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: August 21, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: /S/
NOEL S. COHEN
Attorneys for Defendant/ Third Party Plaintiff
COMMUNITY DENTAL SERVICES, INC.,
dba SMILECARE

Dated: August 21, 2008

BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, PC

By: [signature]
MEGHAN E. OLIVERI
Attorneys for Third Party Defendant
RAJU REDDY, D.D.S., M.D.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

F:\DOCS\Reddy\7453\P\Stip&Order re Mediation extension.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 3 -

STIPULATION AND [Proposed] ORDER REGARDING EXTENSION OF MEDIATION DEADLINE

Case No.  **C-07-04950 CRB**

**CIVIL MINUTES**

Judge CHARLES R. BREYER

Date: **June 20, 2008**

C-07-04950 CRB

**EEOC v. COMMUNITY DENTAL SERVICES**

| Attorneys: | Sonya Maxion | Andrew Satenberg |
|---|---|---|
| | | Meghan Oliveri |

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Juanita Gonzalez**

**PROCEEDINGS:**                                                                    **RULING:**

1. 3rd Party D's Motion to Dismiss                                                  Denied

2. _____                                          _____

3. _____                                          _____

**ORDERED AFTER HEARING:**

Request for extension on mediation is granted.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO November 17, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____      Deft to Name Experts by _____
P/T Conference Date January 15, 2009 @ 2:30 p.m. Trial Date January 20, 2009 @ 8:30 a.m. Set for 7 days
                                               Type of Trial: (X)Jury   ( )Court

Notes: _____