STEVEN BARRABEE, BAR NO. 110201
BERNADETTE BANTLY, BAR NO. 124659
MEGHAN E. OLIVERI, BAR NO. 236107
BRADLEY, CURLEY, ASIANO,
BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887
Email: bbantly@professionals-law.com
       moliveri@professionals-law.com

Attorneys for Third Party Defendant
RAJU REDDY, D.D.S., M.D. erroneously sued
herein as BAJU REDDY, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMUNITY DENTAL SERVICES, INC., dba SMILECARE,<br><br>　　　　　Defendant.<br><br>ALL RELATED ACTIONS. | No. **C-07-04950 CRB**<br><br>**STIPULATION AND [Proposed] ORDER REGARDING EXTENSION OF MEDIATION DEADLINE** |

On June 20, 2008, Judge Charles R. Breyer granted Third Party Defendant's request to extend the mediation deadline through September 2008. A true and correct copy of the Minute Order from June 20, 2008 is attached hereto as <u>Exhibit 1</u>. Multiple depositions of the key individuals in this suit have been scheduled throughout September 2008 with the last one scheduled to date on October 7, 2008.

1. The court appointment mediator in this matter is John F. Barg, BARG, COFFIN, LEWIS & TRAPP, 350 California Street, 22nd Floor, San Francisco, CA 94104-1435, (415) 228-5400.

2. Counsel for the parties have agreed that (1) mediation will be most productive after conclusion of the scheduled depositions and (2) mediation should be arranged for mid-

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

STIPULATION AND [Proposed] ORDER REGARDING EXTENSION OF MEDIATION DEADLINE

Case No. **C-07-04950 CRB**

1  October. The mediation scheduling conference call with the mediator is at 10:00 a.m. on
2  August 21, 2008.
3  3.   Therefore, the parties have agreed, and respectfully request, to extend the current Mediation
4  deadline to October 31, 2008.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 21, 2008                     Dated: August 21, 2008

                                           MANATT, PHELPS & PHILLIPS, LLP

By: /S/                                    By: /S/
SANYA HILL MAXION                          NOEL S. COHEN
Attorneys for Plaintiff                    Attorneys for Defendant/ Third Party Plaintiff
EQUAL EMPLOYMENT                           COMMUNITY DENTAL SERVICES, INC.,
OPPORTUNITY COMMISSION                     dba SMILECARE

                                           Dated: August 21, 2008

                                           BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, PC

                                           By: /s/ Meghan Oliveri
                                           MEGHAN E. OLIVERI
                                           Attorneys for Third Party Defendant
                                           RAJU REDDY, D.D.S., M.D.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: August 22, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*

F:\DOCS\Reddy\7453\P\Stip&Order re Mediation extension.wpd

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

STIPULATION AND [Proposed] ORDER REGARDING EXTENSION OF MEDIATION DEADLINE            Case No. C-07-04950 CRB